UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:18-cr-165- |
| | ) (18 U.S.C. § 2252A(a)(5)(B), (b)(2); |
| GEORGE ROYLE V | ) 2256(8)(A)) |
| | ) |

## INDICTMENT

The grand jury charges that:

### COUNT ONE
### (Possession of/Access with Intent to View Child Pornography)

From an unknown date, but no later than April 2015, to about July 14, 2015, in the District of Maine, the defendant,

**GEORGE ROYLE V,**

knowingly possessed and accessed with intent to view, and attempted to possess and access with intent to view, material containing images of child pornography. The images had been transported in and affecting interstate commerce by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) and 2256(8)(A).

## FORFEITURE ALLEGATION

The grand jury further charges that:

1. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Indictment, in violation of Title 18, United States Code, Section 2252A, the defendant,

### GEORGE ROYLE V,

shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

  Title 18, United States Code, Section 2253.

              A TRUE BILL,

              Signature Redacted – Original on file with the Clerk's Office

_____
Assistant U.S. Attorney
Date: 11-16-18