```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

USA

    v.                                  Case No.2:18-cr-165-JL

George Royle V

## ORDER

This case has been referred to the United States District Court for the District of New Hampshire, sitting by designation.

The United States District Court for the District of Maine retains jurisdiction over this case and will ultimately enter final judgment. All original motions, pleadings, and other documents shall continue to be filed with the Clerk, District of Maine in accordance with that district's case filing rules. Absent a court order to the contrary, no courtesy copies need be filed in the District of New Hampshire.

    SO ORDERED.

                                           /s/ Landya B. McCafferty
                                           Landya B. McCafferty
                                           United States District Judge
                                           Chief Judge

Date: November 20, 2018

cc:    Counsel of Record
        Original order to Clerk, U.S. District Court, Maine